# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3397
_____

RICKY T. OLIVER,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

June 11, 2019


PER CURIAM.

   AFFIRMED.

RAY, BILBREY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ricky T. Oliver, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.